**Continuing Abatement Order filed September 12, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00329-CV

———————

### DARYL BARNES, Appellant

### V.

### HARRIS COUNTY, TEXAS, CHRIS DANIEL, WILLIE FRAZIER, DEE THOMAS, STAN STEWART, MARIA DE LA ROSA, AND DERYK FIELDS, Appellees

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2016-14432**

## CONTINUING ABATEMENT ORDER

We order that a supplemental Harris County District clerk's record containing any and all records in this case reflecting issuance, service, and return of citation on the following parties:

- Harris County, Texas;
- Chris Daniel;

- Willie Frazier;

- Dee Thomas;

- Stan Stewart;

- Maria De La Rosa; and

- Deryk Fields;

shall be filed with the clerk of this court on or before **September 24, 2019**.

If no such records are part of the case file as to any of the persons named above, the Harris County District clerk is directed to file a supplemental record containing a certified statement to that effect.

The appeal will remain abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental Harris County District clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Hassan and Poissant.